FILED 01 APR '25 12:55 USDC-ORP

**UNDER SEAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr- 00123-SI |
| v. | **INDICTMENT** |
| ROBERT ANDREW ARIAS, | 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1) |
| | 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) |
| Defendant. | **Forfeiture Allegation** |
| | **UNDER SEAL** |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Distributing Child Pornography)
### (18 U.S.C. §§ 2252A(a)(2), (b)(1))

On or about November 20, 2023, in the District of Oregon, defendant **ROBERT ANDREW ARIAS** knowingly and unlawfully distributed child pornography, defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate or foreign commerce or that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

////

Indictment                                                                 Page 1

## COUNT 2
### (Receiving Child Pornography)
### (18 U.S.C. §§ 2252A(a)(2), (b)(1))

On or about October 8, 2023, in the District of Oregon, defendant **ROBERT ANDREW ARIAS** knowingly and unlawfully received child pornography, defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate or foreign commerce or that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT 3
### (Possession of Child Pornography)
### (18 U.S.C. §§ 2252A(a)(5)(B), (b)(2))

On or about December 20, 2023, in the District of Oregon, defendant **ROBERT ANDREW ARIAS** knowingly and unlawfully possessed material containing child pornography, including depictions of a prepubescent minor or a minor who had not attained 12 years of age, that had been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## Criminal Forfeiture Allegation

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense described above in Counts 1 through 3 of this indictment, defendant **ROBERT ANDREW ARIAS** shall forfeit to the United States any and all matter that contains visual depictions of minors engaging in sexually explicit conduct that were produced, transported, mailed, shipped, or received in violation thereof, and any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the aforementioned violations, or any property, real or personal, constituting or traceable to proceeds of those offenses.

Dated: April 1, 2025.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLIAM NARUS
Acting United States Attorney

*/s/ C. Kelley*
CHARLOTTE KELLEY, DCB #1736456
Assistant United States Attorney